IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**In re:**

**PETE GOULD & SONS, INC.**                     **Case No. 18-20047**
                                                **Chapter 11**
   **Debtor.**

## REPORT

The Debtor files this Report to the U.S. Bankruptcy Court and to Robert Johns, Chapter 7 Trustee.

During the pendency of the Chapter 11 case, the Debtor was authorized to sell certain vehicles, as is shown on the attached Exhibit. These include Ford and Dodge pickup trucks.

The Debtor was also permitted to sell certain pieces of equipment as set forth on Applications and Court Order on the docket.

The Debtor also was subject to a foreclosure sale which occurred on October 1, 2019 at the Jackson County Courthouse. Farm Credit of the Virginias conducted a sale of the real property previously owned by the Debtor.

                PETE GOULD & SONS, INC.

                By Counsel

/s/ Joseph W. Caldwell
Joseph W. Caldwell, Esquire
WV Bar No. 0586
CALDWELL & RIFFEE, PLLC
P.O. Box 4427
Charleston, WV 25364
Telephone (304) 925-2100
joecaldwell@frontier.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**In re:**

**PETE GOULD & SONS, INC.**                           **Case No. 18-20047**
                                                     **Chapter 11**
    **Debtor.**

**CERTIFICATE OF SERVICE**

    I, Joseph W. Caldwell, do hereby certify that I served the foregoing **REPORT** electronically upon the following ustpregion04.ct.ecf@usdoj.gov and upon the following as set forth below by depositing a true copy(s) thereof in the United States mail, postage prepaid, on this 8th day of September, 2020.

Robert L. Johns, Esquire
Turner & Johns PLLC
216 Brooks Street - Suite 200
Charleston, WV 25301

                                        /s/ Joseph W. Caldwell
                                        Joseph W. Caldwell