| | Year/Make | VIN | Description | Mileage | | |
|---|---|---|---|---|---|---|
| 118 | 1986 Ford | 1FDKF38L1GKB02537 | F350 Flatbed-Gas | 10435 | $ | 500.00 |
| 156 | 1991 Ford | 1FDKF37HOMNA01674 | F350 2WD Flatbed w/Rack-Gas | 90586 | $ | 750.00 |
| 150 | 1997 Ford | 1FTHF36G5VEC24768 | F350 Diesel Flatbed | 233318 | $ | 1,000.00 |
| 173 | 2000 Ford | 1FTRF18W8YNB81223 | F150 Pickup 4WD Gas | 154995 | $ | 1,400.00 |
| 164 | 2004 Ford | 1FTNW2IL74EC44794 | SD F250 4x4 Crew Cab | 147260 | $ | 5,000.00 |
| 188 | 2004 Ford | 1FTSW31P34EC79330 | F350 v8 Diesel | 106896 | $ | 5,000.00 |
| 198 | 2004 Dodge | 3D7KU28D24G176880 | CW Dodge | 147588 | $ | 5,000.00 |

Form ntcconv7corp

## UNITED STATES BANKRUPTCY COURT
### Southern District of West Virginia

In      Pete Gould & Sons, Inc.
Re:     Debtor(s)

Case No.: 2:18–bk–20047

Chapter: 7
Judge: Frank W. Volk USDJ

### NOTICE OF CONVERSION OF CASE TO A CHAPTER 7 LIQUIDATION CASE;
### SETTING MEETING OF CREDITORS;
### DIRECTING DEBTOR(S) TO FILE REQUIRED PLEADINGS;
### DIRECTING DEBTOR(S) TO PAY FILING FEE; AND
### GIVING NOTICE OF APPOINTMENT OF CHAPTER 7 INTERIM TRUSTEE

NOTICE IS HEREBY GIVEN that an Order was entered on 8/10/20 converting this Chapter 11 case to a case under Chapter 7 of the Bankruptcy Code.

NOTICE IS HEREBY GIVEN that Pete Gould & Sons, Inc. by an officer who can anwser claims and questions of creditors, shall appear for a Meeting of Creditors on September 18, 2020 at 08:30 AM at the Dial: 877–491–9511 , Access Code: 9710693.

NOTICE IS FURTHER GIVEN that, within fourteen (14) days after the date of conversion, the Debtor(s) shall file the Schedules and Statements required by Bankruptcy Rule 1007, unless such Schedules and Statements were previously filed in the Chapter 11 case, and shall also file Amended Conversion Schedules that include:

A.      A Schedule of Unpaid Debts. If this case was converted prior to confirmation of a plan, this schedule must include unpaid debts incurred after the filing of the petition and before conversion. If this case was converted after confirmation of a plan, this schedule must include unpaid debts incurred after confirmation, but before conversion;

B.      Amended Schedules A and B showing assets owned as of the date the case converted;

C.      Amended Schedule G showing any leases or executory contracts as of the date the case converted;

D.      An amendment to the mailing matrix that contains the names and addresses of all creditors listed in the Schedule of Unpaid Debts;

E.      Certification by counsel for the Debtor(s) that a copy of this Notice was served upon all creditors listed in the Schedule of Unpaid Debts.

NOTICE IS FURTHER GIVEN that, within thirty (30) days after the date of conversion, the Debtor(s) shall file a final report and account, pursuant to Bankruptcy Rule 1019(5), of the administration of the estate for the month ending prior to conversion, which follows the format of the monthly operating report.

NOTICE IS FURTHER GIVEN that, if the conversion fee of $0.00 (UST does not pay filing fee) was not paid at the time of conversion, the Debtor(s) shall pay the same within seven (7) days after the entry of this Order.

NOTICE IS FURTHER GIVEN that the Assisstant United States Trustee has designated the following Interim Trustee to serve in this case and will file the appointment of said Trustee.

Robert L. Johns
Turner & Johns, PLLC

808 Greenbrier Street
Charleston, WV 25311

(304) 720–2300

    NOTICE IS FURTHER GIVEN that the Debtor(s) shall promptly turn over to the Chapter 7 trustee all records and property of the estate in the possession or control of the Debtor(s), as required by Bankruptcy Rule 1019(4), and shall preserve all the assets and funds of the Debtor(s), and preserve all business records, until those items are transferred to the trustee.

Dated: 8/24/20

                          Matthew J. Hayes, Clerk

                          By:  Leslie J. Gallian
                          Deputy Clerk