### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

In re:

**PETE GOULD & SONS, INC.,**                     Bankruptcy Case No. 18-20047
                                                 Chapter 7

Debtor.

## TRUSTEE'S REPORT OF THE SALE OF PERSONAL PROPERTY

Robert L. Johns, Chapter 7 Trustee, of the bankruptcy estate Pete Gould & Sons, Inc. (the "Trustee"), by undersigned Counsel, hereby files this report and respectfully represents:

1. On February 5, 2018, the debtor, Pete Gould & Sons, Inc. (the "Debtor"), filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of West Virginia. The case was converted to Chapter 7 on August 10, 2020. Subsequently, the Trustee was appointed to administer the assets of the Bankruptcy estate.

2. On November 2, 2020, the Trustee filed Trustee's Motion to Sell Personal Property Free and Clear of All Liens and Encumbrances Pursuant to 11 U.S.C. §363(f); to Allow 11 U.S.C. §506(c) Expenses and to Shorten Notice Period, requesting the Court enter an order granting the Trustee authority to sell personal property consisting of motor vehicles, supplies, materials and equipment owned by the Debtor (the "Personal Property"), by public auction.

3. An auctioneering company, Iron Auction Group, LLC (the "Auctioneer") was hired to conduct the sale. An order approving the employment of the Auctioneer was entered on November 23, 2020.

4. On November 23, 2020, the Court entered an order granting the Trustee's motion to sell the Personal Property by auction.

5. On December 10, 2020, an auction was conducted and part of the Personal Property was sold for the sum of One Million Seven Hundred Twenty Thousand Nine Hundred Forty-Three and 25/100 Dollars ($1,720,943.25).

6. As of this date, proceeds from the sale have been distributed to the Auctioneer as follows: a) the sum of Two Hundred Sixty-Nine Thousand Five Hundred and 99/100 Dollars ($269,500.99) representing its Buyers' premium of $171,450.00; b) sales tax in the amount of $28,550.00; and c) auction expenses in the amount of $69,500.99.

                                                                                             **ROBERT L. JOHNS, TRUSTEE**
                                                                                             By Counsel

_____
ROBERT L. JOHNS, [WVSB No. 5161]
**TURNER & JOHNS PLLC**
808 Greenbrier Street
Charleston, WV 25311

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

In re:

PETE GOULD & SONS, INC.,                    Bankruptcy Case No. 18-20047
                                            Chapter 7
                Debtor.

## CERTIFICATE OF SERVICE

I, Robert L. Johns, do hereby certify that service of the foregoing "***TRUSTEE'S AMENDED REPORT OF THE SALE OF PERSONAL PROPERTY***" was made upon the following by mailing a true and exact copy thereof in properly stamped and addressed envelopes deposited in the United States mail this 22nd day of January, 2021:

U. S. Trustee's Office
300 Virginia Street, East
Charleston, WV 25301
*(via electronic filing)*

Joseph W. Caldwell, Esquire
Caldwell & Riffee
P. O. Box 4427
Charleston, WV 25364-4427
*Counsel for Debtor*
*(via electronic filing)*

_____
ROBERT L. JOHNS